**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN L. STEWART, | Case No.: CV 12-6776 DSF (Ex) |
| Plaintiff, | |
| vs. | JUDGMENT |
| JANET NAPOLITANO, in her official capacity as Secretary of the Department of Homeland Security, et al., | |
| Defendants. | |

The Court having found in favor of defendants after a hearing on the administrative record,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 12/18/13

_____
Dale S. Fischer
United States District Judge